## S. D. HOUSTON, JR., v. COMM'RS OF CLOUD COUNTY.

JURY TRIAL, *In Equity Cases.* An action brought to restrain the assignment and transfer of tax-sale certificates, and to set aside the tax sale on which such certificates are based, is in the nature of the proceeding formerly called a "suit in equity," and is not a proceeding in which either party may demand and have a jury trial.

### Error from Cloud District Court.

ACTION by *Houston,* against the commissioners and treasurer of Cloud county, to restrain the assignment and transfer of certain tax-sale certificates and to set aside the treasurer's sale for taxes upon which such certificates were based. The district court gave judgment in favor of defendants, at October Term 1875, and plaintiff brings the case here.

*Hagaman & Houston,* for plaintiff.
*Strain & Sturges,* for defendants.

The opinion of the court was delivered by

HORTON, C. J.: It is understood that the same questions are presented in this case as in that of *Hagaman v. Comm'rs*

*of Cloud Co.*, just decided, (*ante*, p. 394,) with the exception that on the trial of this cause, the plaintiff Houston demanded a jury, and his claim being denied, he makes the refusal of a jury trial an additional ground of error. But this point is settled against such claim by the decision··in the case of *McCardell v. McNay*, 17 Kas. 433. The judgment in this case is therefore affirmed upon the authority of Hagaman's case, *supra*, and the cases there cited.

All the Justices concurring.